Giuseppi Barbati, as Administrator of the Estate of Samuel Barbati, Deceased, Appellant, *v.* James C. Fargo, as President of the American Express Company, Respondent.

*Barbati* v. *Fargo*, 180 App. Div. 893, affirmed.

(Argued March 17, 1920; decided April 13, 1920.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1918, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Plaintiff alleged that while his intestate was lawfully on a wagon on a public street, in the borough of Manhattan, city of New York, at an approach to a ferry, the defendant's horses and wagon were negligently managed and operated so as to collide with the rear of the wagon upon which plaintiff's intestate was at the time, upsetting the wagon and causing injuries which resulted in the death of plaintiff's intestate. The defense was contributory negligence.

*Hobart S. Bird* for appellant.

*John G. Milburn, Jr.,* and *A. Delafield Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Hogan, Pound, McLaughlin, Andrews and Elkus, JJ.